No. 15, original. TEXAS *v.* NEW MEXICO ET AL. Argued March 3, 1936. Decided March 9, 1936. The motion to dismiss the bill of complaint is denied and the defendants are allowed twenty days within which to answer the bill. *Messrs. A. T. Hannett* and *Pearce C. Rodey*, with whom *Mr. Frank H. Patton*, Attorney General of New Mexico, was on the brief, for the defendants, in support of the motion. *Messrs. Richard F. Burges* and *H. Grady Chandler*, with whom *Mr. William McCraw*, Attorney General of Texas, and *Messrs. Walter S. Howe* and *Edwin Mechem* were on the brief, for the plaintiff, in opposition to the motion.

No. 638. MORAN, RECEIVER, *v.* LOUDOUN NATIONAL BANK OF LEESBURG, VIRGINIA. Appeal from the Supreme Court of Appeals of Virginia. Argued March 13, 1936. Decided March 16, 1936. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a final judgment. *Haseltine* v. *Central Bank of Springfield*, 183 U. S. 130; *Schlosser* v. *Hemphill*, 198 U. S. 173, 175; *Louisiana Navigation Co.* v. *Oyster Commission*, 226 U. S. 99, 100, 101; *Coe* v. *Armour Fertilizer Works*, 237 U. S. 413, 418, 419. *Mr. Brice Clagett*, with whom *Messrs. Challen B. Ellis, George P. Barse, John S. Barbour,* and *Charles Pickett* were on the brief, for appellant. *Messrs. Edwin E. Garrett, J. Jordan Leake, A. S. Buford, Jr.,* and *Littleton M. Wickham* were on the brief for appellee.